IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RECO BLAKELY**  **PETITIONER**
**ADC #124036**

v.  Case No. 5:14-cv-00088-KGB/JTK

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**  **RESPONDENT**

## ORDER

The Court has received Proposed Findings and Recommended Disposition from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 16). Petitioner filed objections to the Proposed Findings and Recommended Disposition (Dkt. No. 20) and a motion to amend his objections (Dkt. No. 21). The Court grants petitioner's motion to amend his objections and has considered the amended objections attached to the motion. After careful review of the Proposed Findings and Recommended Disposition and the objections and amended objections thereto, as well as a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and is hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly. The Court will not issue a certificate of appealability because petitioner has not made a substantial showing of a denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2).

SO ORDERED this 7th day of July, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE