IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RECO BLAKELY**                                                                                            **PETITIONER**
**ADC #124036**

v.                            Case No. 5:14-cv-00088-KGB/JTK

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                                          **RESPONDENT**

## JUDGMENT

Consistent with the Order entered on this date, it is considered, ordered, and adjudged that petitioner's habeas petition is dismissed with prejudice.

SO ADJUDGED this 7th day of July, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE